# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | No. 15-03042-01-CR-S-MDH |
| **CHARLES MULVERHILL**, | |
| Defendant. | |

## MOTION TO REVOKE SUPERVISED RELEASE

**COMES NOW** the United States of America, by Timothy A. Garrison, United States Attorney, and Casey Clark, Assistant United States Attorney, both for the Western District of Missouri, and respectfully requests that the Court revoke Defendant Charles Mulverhill's supervised release, pursuant to Title 18, United States Code, Section 3583(e)(3) and Rule 32.1, Federal Rules of Criminal Procedure, based upon the violation report of United States Senior Probation Officer David Booth, dated December 14, 2018.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By    */s/ Casey Clark*
Casey Clark
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri  65806-2511
417-831-4406

## **Certificate of Service**

      The undersigned hereby certifies that a copy of the foregoing was delivered on December 20, 2018, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                                */s/ Casey Clark*
                                                Casey Clark
                                                Assistant United States Attorney